AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

STERLING SAVINGS BANK, a
Washington State Chartered Bank,

          Plaintiff,
          v.

MICHAL J. McCORMICK and MAGGIE McCORMICK, individually and the community composed of said parties,
          Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-084-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED judgment in favor of Sterling Savings Bank, against Michael J. McCormick and Maggie McCormick, individually and the community of said parties in the amount of $3,182,113.59.

The judgment is composed of:

| | |
|---|---|
| Principal owing on loans: | $3,104,209.38 |
| Interest through September 11, 2009: | $    68,628.71 |
| Costs and attorney fees: | $      9,275.50 |
| | $3,182,113.59 |

Interest on this judgment shall accrue in accordance with 28 U.S.C. 1961(a).

| | |
|---|---|
| September 11, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |